**AFFIRM; and Opinion Filed January 6, 2014.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01125-CR

**BILLY RAY PERKINS JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-00206-T**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Lewis
Opinion by Justice Lewis

Billy Ray Perkins Jr. was convicted, following the adjudication of his guilt, of theft of property valued at $20,000 or more but less than $100,000. The trial court assessed punishment at five years' imprisonment. We adopted a finding that appellant does not desire to pursue the appeal and ordered the appeal submitted without briefs. *See* TEX. R. APP. P. 38.8(b)(4). Absent briefs, no issues are before us. Finding no fundamental error, we affirm the trial court's judgment.

/David Lewis/
DAVID LEWIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

131125F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

BILLY RAY PERKINS JR., Appellant

No. 05-13-01125-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F10-00206-T.
Opinion delivered by Justice Lewis,
Justices Francis and Lang-Miers
participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered this 6th day of January, 2014.

/David Lewis/
DAVID LEWIS
JUSTICE